IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chris Magis Nero,<br><br>         Plaintiff,<br><br>v.<br><br>Tiffany & Bosco PA, et al.,<br><br>         Defendants. | No. CV-24-00518-TUC-RCC<br><br>**ORDER** |

On February 28, 2025, Magistrate Judge Bruce G. Macdonald issued a Report and Recommendation ("R&R") in which he recommended the Court deny Plaintiff's motions and instruct the Clerk of Court to dismiss this case without prejudice for lack of subject matter jurisdiction. (Doc. 14.) The Magistrate Judge informed the parties they had fourteen days to file objections and an additional fourteen days to respond. (*Id.* at 3.) The time has passed, and no objections have been filed.

The standard of review of a magistrate judge's R&R is dependent upon whether a party objects: where there is no objection to a magistrate's factual or legal determinations, the district court need not review the decision "under a *de novo* or any other standard." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, when a party objects, the district court must "determine *de novo* any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. §

1  636(b)(1). Moreover, "while the statute does not require the judge to review an issue *de novo* if no objections are filed, it does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

The Court has reviewed Plaintiff's Complaint (Doc. 1), Motion for Temporary Restraining Order (Doc. 7), Demand to Vacate Order of Dismissal and Enter Summary Judgment (Doc. 8), Notice of Errata ((Doc. 10), and Judge Macdonald's Report and Recommendation (Doc. 14). The Court finds the R&R well-reasoned and agrees with Judge Macdonald's conclusions.

Accordingly, IT IS ORDERED:

1) Magistrate Judge Macdonald's Report and Recommendation is ADOPTED. (Doc. 14.)
2) Plaintiff's Motion for Temporary Restraining Order is DENIED. (Doc. 7.)
3) Plaintiff's Demand to Vacate Order of Dismissal and Enter Summary Judgment is DENIED. (Doc. 8.)
4) This matter is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction. The Clerk of Court shall docket accordingly and close the case file.

Dated this 18th day of March, 2025.

Honorable Raner C. Collins
Senior United States District Judge